JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ORONA,<br><br>                Plaintiff,<br><br>   v.<br><br>MCKESSON CORPORATION, et al.,<br><br>                Defendants. | Case No.  CV 16-2261-GW(KSx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the above-entitled action is hereby dismissed without prejudice. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.

Dated: July 14, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE